# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

WALLINGFORD GROUP, LLC,

UNITED CONCRETE PRODUCTS, INC.,

*Plaintiffs*,

v.

ARCH INSURANCE COMPANY,

*Defendant*.

Case No. 3:18-CV-00946 (AVC)

August 16, 2019

### Affidavit of Brian J. Palmeri

I, BRIAN J. PALMERI, an attorney duly admitted to practice law before the Courts of the State of Connecticut, affirms the following to be true, upon information and belief, and with knowledge of the penalties for perjury:

1. I am a partner with the law firm of WINGET SPADAFORA & SCHWARTZBERG, LLP, attorneys for the defendant/counterclaim plaintiff, Arch Insurance Company, in the above-captioned matter. I am fully familiar with the facts and circumstances of this action based upon a review of the file maintained by this office during the course of this litigation.

2. I submit this affirmation in support of the within motion for an order: (a) granting summary judgment to Arch on Counts One and Two of Arch's Counterclaim; and (b) for such other and further relief that this Court may deem just and proper.

3. Attached hereto as EXHIBIT A are the pertinent portions of the deposition transcript of Christopher Juliano dated June 25, 2019;

4. Attached hereto as EXHIBIT B is a true and accurate copy of the Arch Insurance Policy no. PAAEP0010600 issued to Juliano Associates effective February 13, 2016 to February 13, 2017;

5. Attached hereto as EXHIBIT C is a true and accurate copy of the Application for Insurance submitted to Arch by Juliano Associates in or around January, 2016;

6. Attached hereto as EXHIBIT D is a true and accurate copy of the No Claims Declaration signed by Christopher Juliano on February 11, 2016;

7. Attached as EXHIBIT E is a true and accurate copy of a Policy Endorsement which is an excerpt of the Arch Policy attached as Exhibit B hereto;

8. Attached hereto as EXHIBIT F is a true and accurate copy of the ACOE Notice of Enforcement Investigation dated April 2, 2014;

9. Attached hereto as EXHIBIT G is a true and accurate copy of a Demand Letter dated April 11, 2016 from Wallingford Group LLC and United Concrete Products to Juliano Associates and Christopher Juliano, which was submitted to Arch for coverage under the Arch Policy;

10. Attached hereto as EXHIBIT H is a true and accurate copy of a letter dated May 10, 2016 from Arch to Juliano Associates, declining coverage for the April 11 demand letter;

11. Attached hereto as EXHIBIT I is a true and accurate copy of the Complaint filed in Superior Court for the State of Connecticut, Judicial District of New Haven at New Haven, captioned <u>Wallingford Group, LLC, et al. v. Juliano Associates, LLC et al</u>., Docket No. NNH-CV16-6064356-S ("Underlying Action");

12. Attached hereto as EXHIBIT J is a true and accurate copy of a letter dated August 22, 2016 from Juliano Associates' counsel to Arch, requesting coverage under the Arch Policy and requesting that Arch revisit its prior decision to decline coverage;

13. Attached hereto as EXHIBIT K is a true and accurate copy of a letter dated September 15, 2016 from Arch's counsel to Juliano Associates' counsel, reiterating its decision to decline coverage.

Dated: Stamford, Connecticut
       August 16, 2019

By:  */s/ Brian J. Palmeri*
     Brian J. Palmeri, Esq. (CT 27587)

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2019, a copy of the foregoing document was served on all parties electronically through the Court's CM/ECF system in accordance with the Court's Electronic Filing Policies and Procedures.

By: *Brian Palmeri*
    Brian J. Palmeri, Esq. (CT 27587)
    WINGET, SPADAFORA &
    SCHWARTZBERG, LLP
    201 Broad Street, Suite 1000
    Stamford, CT 06901
    Tel:    (203) 328-1200
    Fax:    (203) 328-1212
    Email: palmeri.b@wssllp.com