# EXHIBIT E

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## RELIANCE UPON OTHER CARRIER'S APPLICATION

It is agreed that by acceptance of this Policy, all **Insureds** agree that the statements contained in the application, any application for insurance of which this Policy is a renewal, and any supplemental materials submitted therewith are their agreements and representations, that they shall be deemed material to the risk assumed by the **Insurer**, and that this Policy is issued in reliance upon the truth thereof.

Notwithstanding any provision to the contrary in the application or any application for insurance for which this Policy is a renewal, the misrepresentation or non-disclosure of any matter by the **Insured** or its agent in the application, any application for insurance of which this Policy is a renewal, or any supplemental materials submitted therewith, will render the Policy null and void and relieve the **Insurer** from all liability under the Policy.

The application and any application for insurance of which this Policy is a renewal, and any supplemental materials submitted therewith are deemed incorporated into and made a part of this Policy.

All other terms and conditions of this Policy remain unchanged.

Endorsement Number: 2

Policy Number: PAAEP0010600

Named Insured: Juliano Associates, LLC

This endorsement is effective on the inception date of this Policy unless otherwise stated herein:

Endorsement Effective Date: February 13, 2016